UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ORIGINAL**

ROBERT A. CRUMB, ROBIN B. EASTERBROOK,
and JOHN A. MARINACCI,

    Plaintiffs,

on behalf of themselves and others similarly situated,

v.

    Case No. 01-60085
    Hon. Marianne O. Battani

DAIMLERCHRYSLER CORPORATION,
    a Delaware corporation, and

DAIMLERCHRYSLER MOTORS CORPORATION,
    a Delaware corporation,

    Defendants,
    jointly and severally.
_____/

| | |
|---|---|
| ROY, SHECTER, & VOCHT, P.C. | Clark Hill, PLC |
| Lynn H. Shecter (P24845) | Fred W. Batten (P23299) |
| Brian P. Swanson (P53271) | Mary A. Kalmink (P42954) |
| Attorneys for plaintiffs | Attorneys for defendants |
| 36700 Woodward, Ste. 205 | 500 Woodward Ave. Ste. 3500 |
| Bloomfield Hills, MI 48302 | Detroit, MI 48226 |
| (248)540-7660 | (313) 965-8300 |

_____/

### STIPULATED ORDER EXTENDING DATE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

This matter coming on to be heard on stipulation of the parties and the Court being advised in the premises:

IT IS HEREBY ORDERED that the date for plaintiffs to respond to Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion for Class Certification be extended until



July 1, 2003.

*[signature]*
HONORABLE MARIANNE O. BATTANI

Approved as to form

*[signature]*
Lynn H. Shecter (P24845)
Brian P. Swanson (P53271)
Attorneys for plaintiff

*[signature]* Mary A Kalmink w/p
Fred W. Batten (P23299)
Mary A. Kalmink (P42954)
Attorneys for defendant

*[signature]* Brian P. Swanson
6/6/03